UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. PENDARVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELK GROVE SELF HELP HOUSNG EMPLOYEES, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-0139-KJM-CKD (PS)<br><br><br>ORDER |

　　　　This matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21). On May 12, 2022, the magistrate judge filed findings and recommendations, which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 9.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　1. The findings and recommendations filed May 12, 2022 (ECF No. 8) are adopted in full;

1

2. Plaintiff's second amended complaint (ECF No. 7) is dismissed without further leave to amend for failure to state a claim; and

3. The Clerk of Court is directed to close this case.

DATED: September 6, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE